IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MYCHEL PUSHA**                                                                                          **PLAINTIFF**

**V.**                              **CASE NO. 1:16-CV-134-KGB-BD**

**KAREN PAYNE, et al.**                                                                          **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.**     **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**    **Discussion**

Jeffery Elmore, an Arkansas Department of Correction inmate, filed this lawsuit on behalf of himself and purportedly on behalf of Mr. Pusha and others. (Docket entry #1) The allegations specific to Mr. Pusha concern the Defendants' alleged falsification and destruction of documents.

Mr. Pusha allegations, even if true, did not state a federal claim for relief. (#1-1,

pp.157-181)  Rather than recommending immediate dismissal of the claims, however, the Court offered Mr. Pusha an opportunity to amend his complaint to add facts that might state a federal claim.  Mr. Pusha was specifically cautioned that his case could be dismissed if he failed to amend within thirty days of the October 4, 2016 Order.

To date, Mr. Pusha has failed to amend his complaint or to file any response to the October 4 Order; and the time allowed for amending has expired.  Even construed liberally, Mr. Pusha's current allegations do not implicate any federal right to relief.

### III.  Conclusion

The Court recommends that Mr. Pusha's claims be DISMISSED, without prejudice, based on his failure to state a federal claim for relief.

DATED this 14th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE