IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MYCHEL PUSHA                                                                                       PLAINTIFF

v.                                Case No. 1:16-cv-134-KGB-BD

KAREN PAYNE, *et al.*                                                                          DEFENDANTS

## ORDER

The Court has received and reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 6). Plaintiff Mychel Pusha has filed objections to the Recommended Disposition (Dkt. No. 7). After careful consideration of the Recommended Disposition, Mr. Pusha's timely objections, and a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Pusha offers no new information in his objections that would enable this Court to discern a cognizable claim of any constitutional violation. All of the facts and contentions in Mr. Pusha's objections were presented to and evaluated by Judge Deere before she made her determination and submitted the Recommended Disposition. Therefore, the Court dismisses without prejudice Mr. Pusha's claims based on his failure to state a federal claim for relief. The Court denies as moot the remaining pending motions (Dkt. Nos. 8, 9, 10).

So ordered this 24th day of August, 2017.

_____
Kristine G. Baker
United States District Judge