IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MYCHEL PUSHA**                                                              **PLAINTIFF**

**v.**                    **Case No. 1:16-cv-134-KGB-BD**

**KAREN PAYNE,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice. The relief requested is denied.

So adjudged this 24th day of August, 2017.

_____
Kristine G. Baker
United States District Judge